# EXHIBIT 1

DANAHER

Danaher Corporation

September 13, 2016

**VIA TEXT, E-MAIL**
**AND U.S. MAIL**

Damon Baker
449 Medinah Street
Oregon, WI 53575

Re: Obligations Owed to Danaher

Dear Mr. Baker:

Danaher Corporation ("Danaher") has accepted your resignation as Danaher's Senior Director of Danaher Business System ("DBS"). Despite your prior representations about your departure date, we understand based on your behavior yesterday that you are telling others that you have resigned employment with Danaher effective yesterday. Accordingly, the Company accepts your last day of employment as effective September 12, 2016. We also understand that you will commence employment with Eaton Corporation ("Eaton") as Eaton's Senior Vice President of Operational Excellence, shortly thereafter. We write to remind you of your contractual obligations and the common law duties you owe Danaher upon the termination of your employment.

As you may recall, on July 12, 2012, you signed an Agreement Regarding Solicitation and Protection of Proprietary Interests for Danaher and its Affiliated Entities in conjunction with your employment with Danaher and on January 30, 2014, you signed a Nondisclosure and Assignment Agreement (together, the "Agreements," copies of which are attached herewith). The Agreements require you, among other things, to protect and maintain the confidentiality of all confidential information and trade secrets of the Company (as defined in the Agreements). The Agreements define "Confidential Information" as "trade secrets and other confidential information of the Company which in not generally known to the public which . . . is generated . . . or utilized in the operations of the Company and relates to the actual or anticipated business or research or development of the Company[.]" The Agreements prohibit you from utilizing or disclosing the confidential information of the Company for 36 months after the termination of your employment with Danaher. Moreover, the restrictions on disclosing the Company's confidential information apply in any country in which you performed work for the Company during the 24 months preceding the termination of your employment.

As Senior Director of DBS, you had access to and regularly used a variety of information that Danaher considers confidential. Such information includes, without limitation, information related to DBS fundamentals, Problem Solving Process (PSP), Transaction Process Involvement (TPI), Visual & Daily Management Process, Kaizen Event Basics, Voice of the Customer, DBS Tool Certification Process, Danaher Reliability System (DRS), Variation Reduction Kaizen (VRK), DBS Compliance for medical device manufacturing, Lean Conversion Accounting, Danaher Materials Process (DMS), and all DBS Leadership Tools, programs and courses.

Danaher is concerned that in your new position with Eaton, you will inevitably disclose and or misuse the Company's confidential information. Such disclosure and/or misuse would be in violation of your obligations under the Agreements and Danaher will not hesitate to take all necessary legal actions to protect the confidentiality of its trade secrets. We would like to understand from you what specific steps you and Eaton plan to implement to ensure you comply with all legal contractual obligations owed to Danaher and to protect Danaher from the disclosure and/or misappropriation – even inadvertently -- of such information. Please advise as to these specific steps you have or will be taking when you return the attached certification.

Additionally, the Agreements require you to return all Danaher-provided property to Danaher no later than two business days after termination of your employment. The Agreements also prohibit you from retaining copies of such materials and you agree not to remove from Danaher's place of business any property belonging to Danaher. Indeed, Danaher has already requested that you return your company-issued laptop and any external hard drives or other media provided by Danaher, your laptop login credentials, any computer peripherals purchased by Danaher, your Videojet/DBSU-Americas ID badge and any keys to DBSU-Americas, your company issued credit card, and your company issued iPhone. Please sign and return the attached certification, in which you certify that you have complied with these obligations and have not (and will not) retain any Danaher or Danaher operating company property after the termination of your employment.

The Agreements further prohibit you, for a period of 12 months, from recruiting or soliciting any individual to terminate their relationship with the Company who possessed the confidential information of the Company and that was employed during the 6 months preceding your termination. This includes DBS employees you worked with during your employment with Danaher. Pursuant to your obligations, you are prohibited from attempting to recruit any of these employees on behalf of Eaton or otherwise.

Lastly, we are concerned by your behavior leading up to your accelerated resignation yesterday from Danaher. In particular, we understand that while still employed by Danaher, you made changes to your LinkedIn profile to reflect that you were employed by Eaton. Such conduct is made even more disturbing by the fact that you were on assignment with a Danaher OpCo, representing Danaher and conducting a kaizen, at the same time you were representing that you were employed by Eaton. Every employee owes his employer a duty of loyalty, which prohibits taking any actions that are directly contrary to his employer's interests. Should we determine that you breached the duty of loyalty you owed to Danaher during your employment, we will take the necessary legal actions to protect Danaher's interests.

Danaher trusts that you have reviewed the Agreements and understand the legal and contractual obligations you owe to Danaher hereafter and during your employment with Eaton.

Danaher also expects and has every confidence that you will abide by your legal and contractual obligations. If you wish to discuss this matter further, please contact me.

Sincerely,

John Sekowski
VP DBSO
Danaher Corporation

**CERTIFICATION**

I, Damon Baker, hereby certify that I have complied with Paragraph 2 of the Nondisclosure and Assignment Agreement, by returning all documents and materials supplied to me or developed by me in the course of my employment at Danaher Corporation. This includes, without limitation:

1. My company-issued laptop and any external hard drives or other external media purchased by Danaher;

2. All computer peripherals purchased by Danaher;

3. My Videojet/DBSU-Americas ID badge and all keys to DBSU-Americas;

4. My company issued credit card;

5. My company issued iPhone.

I further certify that I have returned all copies of all tangible materials I received from Danaher, including but not limited to all DBS related materials, printed or electronically stored, notebooks, files, reports, proposals, price lists, customer lists, talent lists, formulae, prototypes, equipment, technical data, test results, financial data, correspondence, computer disks, information electronically stored, memoranda, and notes.

____________________________________
Damon Baker

____________________________________
Date