# EXHIBIT 2

SEYFARTH SHAW

Seyfarth Shaw LLP
Seaport East
Two Seaport Lane, Suite 300
Boston, MA 02210-2028
(617) 946-4800
fax (617) 946-4801
www.seyfarth.com

Writer's direct phone
(617) 946-4817
Writer's e-mail
kperrelli@seyfarth.com

WASHINGTON, D.C. SYDNEY SHANGHAI SAN FRANCISCO SACRAMENTO NEW YORK MELBOURNE LOS ANGELES LONDON HOUSTON CHICAGO BOSTON ATLANTA

September 23, 2016

Damon Baker
449 Medinah Street
Oregon, WI 53575

Re: Obligations to Danaher

Dear Mr. Baker:

This office serves as legal counsel to your former employer, Danaher Corporation ("Danaher"). We write to you on behalf of Danaher to remind you of, and request that you immediately comply with, the legal obligations you owe to Danaher. Please direct any further correspondence regarding the issues addressed herein to my attention.

As you know, during your employment with Danaher you signed an Agreement Regarding Solicitation and Protection of Proprietary Interests for Danaher and its Affiliated Entities and a Nondisclosure and Assignment Agreement (together, the "Agreements"). Danaher sent you a letter on September 13, 2016 reminding you of your obligations under the Agreements and requested that you return all Danaher-issued equipment and to certify that you have returned all equipment and other tangible materials you received from Danaher during the course of your employment. Danaher also requested that you describe the steps you have taken to ensure that you are able to comply with your obligations to Danaher in your position with Eaton. As of the date of this letter, you have failed to respond to Danaher's requests.

In addition to failing to return the certification, Danaher has also become very concerned with your conduct both before and after your employment was terminated. Not only were you publicizing that you had started working for Eaton while still employed by Danaher, but you were doing so while working on-site with a Danaher Operating Company. Even more disturbing is the fact that you have been publicly disclosing Danaher's confidential information through your LinkedIn profile since you left Danaher.

Specifically, you currently have posted a link to https://www.slideshare.net/slideshow/embed_code/key/HFsgrwVFSUeeFn, which appears to be your online resume. In addition to containing false and misleading information related to your employment with Danaher, the link also contains a significant amount of Danaher's confidential information and trade secrets. Such information includes, but is not limited to references on page 2 of the document, where you claim to be the "architect of the Danaher Problem Solving Process,



THIS LETTERHEAD IS PRINTED ON RECYCLED STOCK

SEYFARTH SHAW



Danaher Materials System, and Value Engineering." Danaher's Problem Solving Process ("PSP") is proprietary and confidential to Danaher. It is inaccurate and highly inappropriate for you to represent yourself as the architect of PSP. Furthermore, pages 4 and 5 contain confidential information regarding work done on behalf of Danaher. Page 6 contains confidential information specific to VideoJet, a Danaher operating company. And page 8 includes Danaher trade secrets and proprietary information, including a diagram containing the PSP strategy stamped with Danaher's logo.

The public disclosure of this confidential information is a breach of the Agreements and Danaher demands that you immediately take down the link and cease disclosing Danaher's confidential information. Moreover, Danaher demands that you identify any other third parties that you have disseminated this, or other confidential information to. If you refuse to take down the link or continue to disclose Danaher's confidential information and/or trade secrets, Danaher will not hesitate to pursue any and all equitable and legal remedies available to it, including without limitation injunctive relief.

Danaher takes seriously the obligations owed to it by current and former employees. Danaher hereby demands, that you (a) sign and return the attached certification, (b) describe, in writing, the steps you and Eaton have taken to ensure that you are able to comply with your obligations under the Agreements during your employment with Eaton, (c) identify any third parties that you have disclosed Danaher's confidential information to, and (d) cause the link containing Danaher's confidential information to be taken off the internet. If we do not hear from you with the appropriate information by **September 28, 2016**, Danaher will assume that you are not in compliance with your contractual obligations and will pursue the appropriate legal remedies. Please note too that we will be reminding Eaton of your obligations, and inquiring whether you have shared any Danaher confidential or proprietary information.

We trust that you will comply immediately with the demands in the letter. Time is of the essence. You may call me if you have any questions, or, if you are represented by counsel, have them do so.

Very truly yours,

SEYFARTH SHAW LLP

Kate Perrelli / DRW

Katherine E. Perrelli

KEP

28966004v.1

THIS LETTERHEAD IS PRINTED ON RECYCLED STOCK

## CERTIFICATION

I, Damon Baker, hereby certify that I have complied with Paragraph 2 of the Nondisclosure and Assignment Agreement, by returning all documents and materials supplied to me or developed by me in the course of my employment at Danaher Corporation. This includes, without limitation:

1. My company-issued laptop and any external hard drives or other external media purchased by Danaher;
2. All computer peripherals purchased by Danaher;
3. My Videojet/DBSU-Americas ID badge and all keys to DBSU-Americas;
4. My company issued credit card;
5. My company issued iPhone.

I further certify that I have returned all copies of all tangible materials I received from Danaher, including but not limited to notebooks, files, reports, proposals, price lists, customer lists, talent lists, formulae, prototypes, equipment, technical data, test results, financial data, correspondence, computer disks, information electronically stored, memoranda, and notes.

I further certify that I have not shared or otherwise disclosed any Danaher confidential information with Eaton Corporation or any other person or entity, nor have I used any Danaher confidential information in the course of my employment with Eaton Corporation.

I further certify that I have not caused any of Danaher's confidential information to be loaded onto any electronic device provided by or maintained by Eaton Corporation

____________________________________
Damon Baker

____________________________________
Date



THIS LETTERHEAD IS PRINTED ON RECYCLED STOCK