# EXHIBIT 3

EATON
Powering Business Worldwide

Eaton
Law Department
Eaton Center
Mail Code 4 North
1000 Eaton Boulevard
Cleveland, OH. 44122
tel: 440-523-4117
email: annaraske@eaton.com

September 30, 2016

**Via Email and USPS**
kperrelli@seyfarth.com

Katherine E. Perrelli
Seyfarth Shaw LLP
Seaport East
Two Seaport Lane, Suite 300
Boston, MA 02219-2028

Re: Damon Baker

Dear Ms. Perrelli:

As you are aware, we received your September 23, 2016 letter. Upon receipt, Eaton immediately interviewed Mr. Damon Baker regarding his departure from Danaher Corporation ("Danaher") and his potential use of any confidential information. In short, we have confirmed that (i) Mr. Baker does not have in his possession any Danaher confidential information, (ii) he has not used any confidential information, and (iii) he does not intend to use any confidential information.

Specifically, upon Mr. Baker's separation from Danaher, he returned via Federal Express all Danaher property, including keys, badges, and all hard copy materials such as training materials and other binders of Danaher business system materials. He retained nothing. In addition, consistent with his previous accepted practice when he moved positions within Danaher, Mr. Baker returned his laptop completely scrubbed of all data; importantly, he did not download or otherwise retain any electronic files containing Danaher confidential information before he returned the laptop. (He did retain a personal electronic folder containing pay information, personal emails, etc.) As further confirmation that Mr. Baker did not remove or retain any Danaher information, please find Mr. Baker's certification enclosed.

Moreover, because Mr. Baker did not retain any Danaher information, he and Eaton have not misused any information that Danaher would characterize as confidential. In other words, he has not brought to Eaton or uploaded to Eaton's systems any Danaher information, presentations, strategies, or any other Danaher materials. Eaton also examined the contents of his Eaton laptop and USB drives and verified they do not contain Danaher confidential information. Notably, any such use of Danaher information is highly unlikely and of no value to Eaton because Eaton already has an established, robust Eaton Business System.

Finally, although the information you specifically reference in Mr. Baker's LinkedIn profile was published at least a year prior to his employment with Eaton (and during his

employment with Danaher), he has voluntarily removed this LinkedIn profile information pursuant to your request.

In summary, while we appreciate Danaher's concern regarding potential use of any confidential information, we hope we have alleviated that concern. Eaton has also reminded Mr. Baker of his legal obligations and has instructed him that in the unlikely event there are any questions or ambiguities, he is to immediately contact the law department for guidance.

Should you have any additional questions, please do not hesitate to give me a call or otherwise contact me.

Very truly yours,

Anna K. Raske
Counsel, Corporate HR & Benefits

## CERTIFICATION

I, Damon Baker, hereby certify that I have complied with Paragraph 2 of the Nondisclosure and Assignment Agreement, by returning all documents and materials supplied to me or developed by me in the course of my employment at Danaher Corporation. This includes, without limitation:

1. My company-issued laptop and any external hard drives or other external media purchased by Danaher;
2. All computer peripherals purchased by Danaher;
3. My Videojet/DBSU-Americas ID badge and all keys to DBSU-Americas;
4. My company issued credit card;
5. My company issued iPhone.

I further certify that I have returned all copies of all tangible materials I received from Danaher, including but not limited to all DBS related materials, printed or electronically stored, notebooks, files, reports, proposals, price lists, customer lists, talent lists, formulae, prototypes, equipment, technical data, test results, financial data, correspondence, computer disks, information electronically stored, memoranda, and notes.

[signature]
Damon Baker

9/30/16
Date