# EXHIBIT 4

SEYFARTH SHAW

Seyfarth Shaw LLP
Seaport East
Two Seaport Lane, Suite 300
Boston, MA 02210-2028
(617) 946-4800
fax (617) 946-4801
www.seyfarth.com

Writer's direct phone
(617) 946-4817
Writer's e-mail
kperrelli@seyfarth.com

WASHINGTON, D.C. SYDNEY SHANGHAI SAN FRANCISCO SACRAMENTO NEW YORK MELBOURNE LOS ANGELES LONDON HOUSTON CHICAGO BOSTON ATLANTA

October 7, 2016

**BY FEDEX and EMAIL**
Damon Baker
449 Medinah Street
Oregon, WI 53575

Re: Obligations to Danaher

Dear Mr. Baker:

We have not received any reply from you in response to our September 23, 2016 letter. Accordingly, we have undertaken a forensic investigation of your Danaher computers. We have several serious concerns that have arisen as a result.

First, our forensic examination of your Danaher laptops revealed that while you had two laptops, one was never really used outside of a two week window in April of this year. Please confirm if the foregoing is accurate. The second laptop, which was in use up to and during the week of your departure from Danaher was infected with a severe ransomware virus called CryptoDefence which locked certain files from access without paying a ransom. Apparently, this condition did not stop you from exporting your email to C:\Email Archive (then deleting it once you moved it), downloading to PST and CSV copies of your Contact list from Outlook and placing it on an external USB device. In fact, there are references to more than 8 USB devices used on your computer in September of this year. Since you did not return any USB devices to Danaher, we assume they are all in your possession.

Thus, the following list reflects those devices and serial numbers which were used at times that give us serious concerns in light of the circumstances. They are:

| Name | Serial Number | Description |
|---|---|---|
| Seagate FreeAgent Go USB Device | 2GE64EYT | Attached contemporaneously with Contacts export |
| Seagate FreeAgent GoFlex USB Device | NA0DTQ7M | Used in September, 2016 |

| | | |
|---|---|---|
| SanDisk Cruzer Blade USB Device | 200517381213B4A2EC85 | Used in September, 2016 |
| Generic Flash Disk USB Device | 1HE0OHAHYOFCJ64Z | Used in September, 2016 |
| Generic Flash Disk USB Device | HE6344G00059 | Used in September, 2016 |
| Generic Flash Disk USB Device | 00CNC4054960 | Used in September, 2016 |
| Generic Flash Disk USB Device | 00CNBM169656 | Used in September, 2016 |
| SanDisk Cruzer Glide USB Device | 20051233901B5F23232D | Last known device attached as a D: drive |
| Kingston DTVault Privacy USB Device | 000FFEC511DCBE51C0000F56 | A USB device that contains hardware encryption. |

Second, we see evidence of mass deletions of data on your laptop and your iPhone. What troubles us is a majority of the files that you wiped were already *inaccessible* due to the ransomware infection. If you could not access these files due to the ransomware infection, how did you conduct any work at all on this laptop when many files were impossible to open? Since your other laptop was not used, it begs the question of whether you were using your home computer for Danaher business and which means it could contain Danaher proprietary and confidential data.

Third, our investigation revealed that you used DropBox on at least one of your devices. We discovered Danaher proprietary and confidential information contained in that repository. As you are certainly aware, this cloud service by its very nature allows you to access this data from the Internet, irrespective of possessing any device. Accordingly, we consider you to currently be in possession of Danaher proprietary and confidential data.

We request that:

1. You account for and provide for examination each and every USB device listed in the table above.

2. You provide your username and password to DropBox so that we can evaluate the history of access to files contained therein and so that we can permanently deleted Danaher proprietary and confidential data.

3. You preserve any and all Danaher proprietary and confidential data that exists on your home computer, personal email, etc. and inform us of what data exists within each. You should not destroy or delete any Danaher information or data on your home computer at this time.



THIS LETTERHEAD IS PRINTED ON RECYCLED STOCK

SEYFARTH SHAW



4. You describe when you became aware of the CryptoDefence ransomware infection on your computer, whether you reported it to Danaher IT, whether you paid the ransom to access your files, and how it is you continued to conduct business in your role without access to many of your files.

5. Describe in detail what you did with your email archive and contact lists that you exported and placed on USB devices prior to your departure. Clearly, your email would contain Danaher proprietary and confidential data, and the fact that you have this is deeply concerning.

We hope that you take this letter seriously as we have even less faith at this point that you are not currently in possession of proprietary and confidential data belonging to Danaher. We expect a prompt reply to this letter addressing our points. Our examination of your devices continues. If you are represented by counsel, please have them contact me.

Very truly yours,

SEYFARTH SHAW LLP

Katherine E. Perrelli /dll

Katherine E. Perrelli

KEP:kr



THIS LETTERHEAD IS PRINTED ON RECYCLED STOCK