# EXHIBIT 7

EATON
Powering Business Worldwide

Eaton
Law Department
Mail Code 4 North
1000 Eaton Boulevard
Cleveland, OH. 44122
tel: 440-523-4117
email: annaraske@eaton.com

February 2, 2017

**Via Email and USPS**
kperrelli@seyfarth.com

Ms. Katherine E. Perrelli
Seyfarth Shaw LLP
Seaport East
Two Seaport Lane, Suite 300
Boston, MA 02219-2028

Re: Damon Baker

Dear Ms. Perrelli:

This letter is in response to your December 27, 2016 letter regarding Damon Baker. Thank you for providing us with time to further investigate the allegations contained in your letter.

Subsequent to my receipt of your letter, our IT department was able to confirm that files from the Seagate external hard drive bearing serial number 2GE64EYT (the "Seagate Drive") were modified and/or deleted by Mr. Baker on October 12, 2016. Mr. Baker has since acknowledged that the deleted information contained Danaher material. Mr. Baker's actions were not consistent with our previous instructions to him or his representations to us and, therefore, Eaton terminated his employment effective January 30, 2016.

Please note that Mr. Baker did not provide the Seagate Drive to us until October 13, 2016 and the review by our IT team described in my October 25, 2016 letter did not commence until after that date. While we cannot recover the information that was contained on the Seagate Drive (which is now in your possession), we still have no evidence to suggest that that any Danaher information was used on any Eaton device issued to Mr. Baker during his brief employment with us. We have no knowledge or information that would cause us to believe that Mr. Baker has either used for our benefit, or disclosed to anyone at Eaton, any Danaher information.

Accordingly, our expectation is that Eaton's termination of Mr. Baker's employment resolves this matter.

Should you have any additional questions or comments, please do not hesitate to give me a call. Thank you.

Very truly yours,

Anna K. Raske
Counsel, Corporate HR & Benefits